**W. J. SKEER, Appellant, v. TRAVELERS MUTUAL CASUALTY COMPANY.**

No. 11394.

Circuit Court of Appeals, Eighth Circuit.

June 6, 1939.

Harry Terte, Jules E. Kohn, and Ringolsky, Boatright & Jacobs, all of Kansas City, Mo., for appellant.

Howard L. Bump, of Des Moines, Iowa, and E. H. Gamble, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal, 24 F.Supp. 805, dismissed without costs to either party in this court, on motion of appellant and stipulation of parties.

**Robert Hays SMITH v. COMMISSIONER OF INTERNAL REVENUE.**

No. 9311.

Circuit Court of Appeals, Ninth Circuit.

Oct. 2, 1939.

Robert Hays Smith, in pro. per.

Samuel O. Clark, Jr., Asst. Atty. Gen., for respondent.

Before GARRECHT and DENMAN, Circuit Judges.

PER CURIAM.

Upon motion of respondent, consented to by petitioner, for dismissal of the petition to review herein for failure of petitioner to file record and docket cause, and by direction of the court, ordered said motion granted, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**S. Harold SMITH, Executor, etc., Appellant, v. E. H. SNOW, etc., et al.**

No. 11445.

Circuit Court of Appeals, Eighth Circuit.

March 20, 1939.

Maurice M. Moore, of Minneapolis, Minn., A. L. Ely, of Akron, Ohio, and O. W. Giese, of Minneapolis, Minn., for appellant.

Ralph E. Williamson and Frank A. Whiteley, both of Minneapolis, Minn., for appellees.

PER CURIAM.

Appeal dismissed on motion of appellees.

**Morris STEPHENS, Appellant, v. UNITED STATES of America.**

No. 11195.

Circuit Court of Appeals, Eighth Circuit.

March 15, 1939.

Roy W. Rucker and James Daleo, both of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Randall Wilson, Sam C. Blair, Thomas A. Costolow, and Richard K. Phelps, Asst. U. S. Attys., all of Kansas City, Mo.

PER CURIAM.

Judgment and sentence vacated, etc., and cause remanded with full power and authority in District Court to permit appellant to change his pleas, etc., on motion of appellant and consent of counsel for appellee.